Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
DANIEL WILLIS BELL

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant U.S. Attorney
16o Spear Street, Suite 800
San Francisco, CA   94105
(510) 970-4810
caspar.chan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WILLIS BELL,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | No.  1:21-cv-01747 (EPG)<br><br>STIPULATION OF DISMISSAL AND ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 11) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all

1

parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

Respectfully submitted,

Dated: July 29, 2022                           NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      DANIEL WILLIS BELL


Dated: August 1, 2022                          PHILLIP A. TALBERT
                                               United States Attorney
                                               PETER K. THOMPSON
                                               Acting Regional Chief Counsel, Region IX
                                               Social Security Administration

By:   *Caspar Chan*
      CASPAR CHAN
      Special Assistant U.S. Attorney
      Attorneys for Defendant

2

**ORDER**

     Based upon the stipulation (ECF No. 11) of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear its own attorney fees, costs, and expenses associated with the action. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **August 2, 2022**           /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE